IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR 14-290-TUC-JAS (BJM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Amelia Peraza, Vanessa Marie Gonzales, ) | |
| Defendants. ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Macdonald. In his Report and Recommendation, Magistrate Judge Macdonald recommends granting Defendant Amelia Peraza's motion to suppress for lack of probable cause (Doc. 30) and Defendant Vanessa Marie Gonzales's motion to join (Doc. 47) Peraza's motion to suppress for lack of probable cause. As the Court finds that the Report and Recommendation correctly resolved the motions, the Government's objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 62) is accepted and adopted.

(2) Defendant Amelia Peraza's motion to suppress for lack of probable cause (Doc. 30) and

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1  Defendant Vanessa Marie Gonzales's motion to join (Doc. 47) Peraza's motion to suppress
2  for lack of probable cause are granted.
3  (3) This case is referred back to Magistrate Judge Macdonald for any additional pretrial
4  proceedings.

6      DATED this 10th day of December, 2014.

*/s/ James A. Soto*
James A. Soto
United States District Judge